IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | 8:04CV603 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's renewed motion to reopen case (filing 19) is denied.

May 30, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge